Signed and Filed: May 4, 2018

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>GERARDO JACOB SOCCO, JR. and ROSARIO CHET SANTOS SOCCO,<br><br>        Debtors. | Case No. 17-30948 HLB<br><br>Chapter 13 |

### ORDER DENYING MOTION FOR RELIEF FROM STAY

On May 3, 2018, the court held a hearing on Wilmington Savings Fund Society, FSB's Motion for Relief from Stay (the "Motion"). Appearances were as noted on the record. Upon due consideration of the pleadings and argument of the parties, and for the reasons stated on the record, the court **DENIES** the Motion due to representation by counsel for Movant and for Debtors that the Debtors have cured the post-petition default on which the motion was based.

**\*\*END OF ORDER\*\***

## Court Service List

[None]